IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FOREST PLACE APARTMENTS, LLC,
Owner of Forest Place Apartments                          PLAINTIFF/
                                                 COUNTER-DEFENDANT

v.                   No. 4:22-cv-518-DPM

FRANCES KAY FINLEY and DOES, All
Occupants of Apartment No. S309 Forest Place
Apartments, 1421 North University Drive,
Little Rock, AR 72207                                     DEFENDANTS

FRANCES KAY FINLEY                              COUNTER-PLAINTIFF/
                                                 THIRD-PARTY PLAINTIFF

v.

LEEANN POTTER, Manager          THIRD-PARTY DEFENDANT

ORDER

1.  Frances Kay Finley's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports no ability to pay the filing fee.

2.  Forest Place Apartments, LLC, brought this case in Arkansas state court against Finley, its tenant, for unlawful detainer. Finley answered the complaint. She later filed a counterclaim against Forest Place, and a third-party claim against Leeann Potter, the company's

-1-

manager. Then, almost two months thereafter, Finley removed the whole case here.

Forest Place moves to remand, arguing that Finley's counterclaim and third-party complaint don't raise any federal questions. Finley disagrees. She urges that her claims against the company and its manager arise under the federal Fair Housing Act. The parties do not address the timeliness of removal. The Court will pass by that point, too.

This Court lacks subject matter jurisdiction in the circumstances presented. Even if Finley has made a solid claim under federal law, removal was improper. Federal jurisdiction cannot rest on a counterclaim. *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009); *Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.*, 535 U.S. 826, 831 (2002). It cannot rest on a third-party complaint, either. *Calabro v. Aniqa Halal Live Poultry Corp.*, 650 F.3d 163, 166 (2d Cir. 2011) (*per curiam*). Forest Place's motion to remand, *Doc. 11*, is therefore granted.

\*   \*   \*

Finley has filed several motions that remain pending for resolution in due course. These are: Finley's motion to dismiss, *Doc. 6*; her motion to amend her counterclaim, *Doc. 15*; her motion for summary judgment, *Doc. 16*; and her amended motion for summary judgment, *Doc. 20*. Forest Place's amended motion to remand, *Doc. 17*,

is denied as moot.  The case is remanded to the Circuit Court of Pulaski County, Arkansas.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 August 2022_